# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Case No. MJ 08-326 |
| v. | ) |
| | ) |
| MICHAEL CHARLES, | ) DETENTION ORDER |
| | ) |
| Defendant. | ) |

Offenses charged:

    Counts 5, 6 &10:    Distribution of a Schedule 1 Controlled Substance in the Form of Ecstasy, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2.

    Count 11:    Possession with Intent to Distribute a Schedule 1 Controlled Substance in the Form of Ecstasy, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii).

    Count 12:    Conspiracy to Distribute a Schedule 1 Controlled Substance in the Form of Ecstasy, in violation of 21 U.S.C. § 846.

    Count 13:    Forfeiture, in violation of 21 U.S.C. § 853.

Date of Detention Hearing:    July 21, 2008.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 1

01 is a flight risk and a danger to the community based on the nature of the pending charge.
02 Application of the presumption is appropriate in this case.

03     (2)    Defendant has a history of failures to appear.

04     (3)    Defendant has had no employment since 2005.

05     (4)    The Grand Jury has also found probable cause to believe defendant has been
06 coercing juveniles into prostitution.

07     (5)    There are no conditions or combination of conditions other than detention that will
08 reasonably assure the appearance of defendant as required or ensure the safety of the community.

09 IT IS THEREFORE ORDERED:

10     (1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

14     (2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

16     (3)    On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

20     (4)    The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

23 DATED this 22nd day of July, 2008.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 2